**Form B18** (Official Form 18)(12/01/2007)

# United States Bankruptcy Court

### Eastern District of New York
### 271 Cadman Plaza East, Suite 1595
### Brooklyn, NY 11201−1800

---

IN RE:                                                                                          CASE NO: 1−11−44632−jbr

   Alberta Stallone
    aka Alberta Biscuti
   69 Drake Avenue
   Staten Island, NY 10314
    Name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address.

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:                           CHAPTER: 7

   xxx−xx−7944

        DEBTOR(s)

---

## DISCHARGE OF DEBTOR(S)

It appearing that the debtor(s) is entitled to a discharge,

**IT IS ORDERED**:

The debtor(s) is granted a discharge under Section 727 of Title 11, United States Code, (the Bankruptcy Code).


BY THE COURT

Dated: September 7, 2011                                  s/ Joel B. Rosenthal
                                  United States Bankruptcy Judge


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18 continued (12/01/2007)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts;

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of New York

In re:                                                              Case No. 11-44632-jbr
Alberta Stallone                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1        User: jwilkinso        Page 1 of 2        Date Rcvd: Sep 07, 2011
                           Form ID: 253            Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2011.
db          +Alberta Stallone,   69 Drake Avenue,   Staten Island, NY 10314-3001
smg         +NYC Department of Finance,   345 Adams Street, 3rd Floor,   Attn: Legal Affairs - Devora Cohn,
             Brooklyn, NY 11201-3719
smg         +NYS Department of Taxation & Finance,   Bankruptcy Unit,   PO Box 5300,   Albany, NY 12205-0300
smg         +NYS Unemployment Insurance,   Attn: Insolvency Unit,   Bldg. #12, Room 256,
             Albany, NY 12240-0001
7226377     +Amexdsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
7331238     +CANDICA LLC,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
7226379     ++COLLECT AMERICA LTD,   4340 S MONACO PKWY,   2ND FL,   DENVER CO 80237-3408
             (address filed with court: Cach Llc,   370 17th St,   Denver, CO  80202)
7319656      Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,   PO Box 248839,
             Oklahoma City, OK  73124-8839
7226384     +Discover Fin Svcs Llc,   C/O Forster & Garbus,   60 Motor Parkway,   Commack, NY 11725-5710
7226386     +Frederick J. Hanna & Assoc.,   1427 Roswell Road,   Marietta,, GA 30062-3668
7226387     +Integrity Financial Partners,   P O Box 11530,   Overland Park, KS 66207-4230
7367064     +PYOD LLC its successors and assigns as assignee of,   Citibank, NA,
             c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
7226389      RAB Inc,   P O Box 34111,   Memphis, TN  38184-0111
7226391     ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICA S SERVICING CO,   ATTN BANKRUPTCY DEPT,
             MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Hm Mortgag,   8480 Stagecoach Cir,   Frederick, MD  21701)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: BRJMCCORD.COM Sep 07 2011 18:23:00   Richard J. McCord,   Certilman Balin Adler & Hyman,
             90 Merrick Avenue,   East Meadow, NY 11554-1597
smg         +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Sep 07 2011 18:37:13   United States Trustee,
             Office of the United States Trustee,   271 Cadman Plaza East,   Brooklyn, NY 11201-1833
7226378     +EDI: BANKAMER.COM Sep 07 2011 18:23:00   Bank Of Amerca,   P O Box 26012,
             GREENSBORO, NC 27420-6012
7226380      EDI: CAPITALONE.COM Sep 07 2011 18:23:00   Cap One,   Po Box 85520,   Richmond, VA  23285
7344519      EDI: RECOVERYCORP.COM Sep 07 2011 18:23:00   Capital Recovery IV LLC,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
7226381     +EDI: CHASE.COM Sep 07 2011 18:23:00   Chase,   Po Box 15298,   Wilmington, DE 19850-5298
7334646      EDI: CHASE.COM Sep 07 2011 18:23:00   Chase Bank USA, N.A.,   PO Box 15145,
             Wilmington, DE 19850-5145
7226382     +EDI: CITICORP.COM Sep 07 2011 18:23:00   Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
7297452      EDI: DISCOVER.COM Sep 07 2011 18:23:00   Discover Bank,   DB Servicing Corporation,
             PO Box 3025,   New Albany, OH  43054-3025
7226383     +EDI: DISCOVER.COM Sep 07 2011 18:23:00   Discover Fin Svcs Llc,   Po Box 15316,
             Wilmington, DE 19850-5316
7226385     +EDI: TSYS2.COM Sep 07 2011 18:23:00   Dsnb Macys,   9111 Duke Blvd,   Mason, OH 45040-8999
7301744      EDI: RMSC.COM Sep 07 2011 18:23:00   GE Money Bank,   c/o Recovery Management Systems Corp.,
             25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
7226388     +EDI: TSYS2.COM Sep 07 2011 18:23:00   Macys,   P O Box 183083,   Columbus, OH 43218-3083
7226390     +EDI: SEARS.COM Sep 07 2011 18:23:00   Sears/cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
                                                                                      TOTAL: 14

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 09, 2011**                    **Signature:**