**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re: STALLONE, ALBERTA § Case No. 111-44632
§
BISCUTI, ALBERTA §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

RICHARD J. McCORD, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $475,300.00   Assets Exempt: $110,830.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $10,438.74   Claims Discharged
                                               Without Payment: $115,893.99

Total Expenses of Administration: $17,061.26

3) Total gross receipts of $ 35,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 7,500.00 (see **Exhibit 2**), yielded net receipts of $27,500.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $363,070.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 17,061.26 | 17,061.26 | 17,061.26 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 118,333.19 | 70,028.54 | 70,028.54 | 10,438.74 |
| **TOTAL DISBURSEMENTS** | $481,403.19 | $87,089.80 | $87,089.80 | $27,500.00 |

4) This case was originally filed under Chapter 7 on May 28, 2011. The case was pending for 69 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/27/2017           By: /s/RICHARD J. McCORD
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| possible lawsuit - medical malpractice | 1142-000 | 35,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$35,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Alberta Stallone | Payment of Debtor's Exemption Pursuant to Court Order dated February 7, 2016 | 8100-002 | 7,500.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$7,500.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Wells Fargo Home Mortgage | 4110-000 | 363,070.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$363,070.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Expenses - RICHARD J. McCORD | 2200-000 | N/A | 343.50 | 343.50 | 343.50 |
| Trustee Compensation - RICHARD J. McCORD | 2100-000 | N/A | 3,500.00 | 3,500.00 | 3,500.00 |
| Other - Subin Associates, LLP | 3210-600 | N/A | 9,351.02 | 9,351.02 | 9,351.02 |
| Other - Subin Associates, LLP | 3220-610 | N/A | 3,829.93 | 3,829.93 | 3,829.93 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 36.81 | 36.81 | 36.81 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$17,061.26** | **$17,061.26** | **$17,061.26** |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 3,161.00 | 3,161.02 | 3,161.02 | 471.20 |
| 2 | Discover Bank | 7100-000 | 3,635.00 | 3,635.61 | 3,635.61 | 541.94 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | 1,836.00 | 2,210.94 | 2,210.94 | 329.57 |
| 4 | CANDICA LLC | 7100-000 | N/A | 403.05 | 403.05 | 60.08 |
| 5 | Chase Bank USA, N.A. | 7100-000 | 3,469.00 | 3,469.81 | 3,469.81 | 517.22 |
| 6 | Chase Bank USA, N.A. | 7100-000 | N/A | 7,323.05 | 7,323.05 | 1,091.60 |
| 7 | Chase Bank USA, N.A. | 7100-000 | 3,400.00 | 3,400.93 | 3,400.93 | 506.96 |
| 8 | Midland Funding LLC | 7100-000 | 11,524.00 | 11,524.37 | 11,524.37 | 1,717.87 |
| 9 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 14,179.00 | 14,179.85 | 14,179.85 | 2,113.71 |
| 10 | US BANK N.A. | 7100-000 | 20,825.00 | 20,719.91 | 20,719.91 | 3,088.59 |
| NOTFILED | Amexdsnb | 7100-000 | 1,269.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 22,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Dsnb Macys | 7100-000 | 951.00 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Macys | 7100-000 | 1,012.82 | N/A | N/A | 0.00 |
| NOTFILED | Frederick J. Hanna & Associates | 7100-000 | 7,323.00 | N/A | N/A | 0.00 |
| NOTFILED | Integrity Financial Partners | 7100-000 | 11,524.37 | N/A | N/A | 0.00 |
| NOTFILED | CACH LLC | 7100-000 | 11,524.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $118,333.19 | $70,028.54 | $70,028.54 | $10,438.74 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 111-44632  
**Case Name:** STALLONE, ALBERTA  

**Period Ending:** 02/27/17

**Trustee:** (521290) RICHARD J. McCORD  
**Filed (f) or Converted (c):** 05/28/11 (f)  
**§341(a) Meeting Date:** 07/07/11  
**Claims Bar Date:** 10/11/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  residence: 69 Drake Avenue, SI,NY, Entirety | 466,000.00 | 0.00 | OA | 0.00 | FA |
| 2  cash | 100.00 | 0.00 | | 0.00 | FA |
| 3  checking - Cap One | 500.00 | 0.00 | | 0.00 | FA |
| 4  checking - RCSB in banks, savings and loan, buil | 1,000.00 | 0.00 | | 0.00 | FA |
| 5  furniture audio, video, and computer | 1,000.00 | 0.00 | | 0.00 | FA |
| 6  clothes | 300.00 | 0.00 | | 0.00 | FA |
| 7  401K - Fidelity other pension or profit sharing | 1,000.00 | 0.00 | | 0.00 | FA |
| 8  2003 Honda Civic | 5,400.00 | 0.00 | | 0.00 | FA |
| 9  possible lawsuit - medical malpractice | Unknown | Unknown | | 35,000.00 | FA |
| **9  Assets  Totals** (Excluding unknown values) | **$475,300.00** | **$0.00** | | **$35,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

7/11/11 At the 341A meeting of creditors, the debtor advised the Trustee she has a possible pending personal injury action. The Trustee will send correspondence to debtor's PI attorney requesting copies of documents pertaining to PI case and current detailed status of same.

7/11/11 The Trustee sent correspondence to debtor's PI attorney requesting copies of documents and detailed current status of case.

7/11 11 The Trustee e-filed discovery of assets.

07/28/2011- Pursuant to recent correspondence from the medical malpractice attorney, Matthew Mingino, the debtor has a pending medical malpractice action from an injury sustained on March 9, 2010. The Summons and Complaint have been filed in Richmond County and they are awaiting receipt of the Index Number. The Trustee sent correspondence to the attorney enclosing a sample form verified statement for retention.

8/15/11 The Trustee prepared the Order and Application for the Retention of Medical Malpractice attorneys for the Trustee.

8/22/11 The Trustee e-filed the Application to retain Medical Malpractice counsel to the Trustee.

11/02/2011- Follow up email sent to UST for status of application for retention. The Trustee sent correspondence to Subin Associates requesting a status of the pending action.

01/24/2012- The Order for retention was signed on September 29, 2011. The Trustee has sent correspondence to the Subin Associates enclosing the Order, requesting the compliance with same and requesting a current status of the pending action.

3/13/12 The Order for retention was signed on September 29, 2011. The Trustee has sent correspondence to the Subin Associates enclosing the Order, requesting

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 111-44632  
**Case Name:** STALLONE, ALBERTA  

**Period Ending:** 02/27/17

**Trustee:** (521290) RICHARD J. McCORD  
**Filed (f) or Converted (c):** 05/28/11 (f)  
**§341(a) Meeting Date:** 07/07/11  
**Claims Bar Date:** 10/11/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

the compliance with same and requesting a current status of the pending action.

4/10/12 Pursuant to PI attorney's request, a copy of the Order retaining PI counsel to the Trustee was e-mailed to Subin Associates at mjm@subinlaw.com.

04/16/2012- Pursuant to correspondence from Gene Chertock, Esq., they are making a motion to amend the caption to name the Trustee as plaintiff. A preliminary conference was held on the case and discovery is about to proceed. Depositions of the plaintiffs have been scheduled for May.

07/17/2012- The Trustee has sent correspondence to Gene Chertock, Esq., requesting a current status of the pending medical malpractice action.

07/20/2012- The Trustee has prepared and filed a Notice of Abandonment of the Debtor's Real Property located at 69 Drake Avenue, Staten Island, New York, as there is no equity in same. Objections are to be filed by August 16, 2012 and if there are objections, a hearing will be held on August 23, 2012 at 11:00 a.m.

08/17/2012- There were no objections filed to the notice of abandonment and therefore the real property is deemed abandoned.

08/20/2012 - The Trustee sent follow-up correspondence to the debtor's personal injury attorney requesting a current status of the medical malpractice action against Gregory Birch.

09/14/2012- Pursuant to recent correspondence from the malpractice attorney, the matter is still in discovery. The depositions of the plaintiffs have been complying with post discovery demands. They are waiting for defendant's deposition to be held and for the defendant to provide discovery responses per the preliminary conference order.

11/9/12- The Trustee sent correspondence to Subin Associates requesting a current status of the debtor's medical malpractice action.

1/8/13 The Trustee sent follow up correspondence to Subin Associates requesting a current status of the debtor's medical malpractice action.

2/7/13 The Trustee sent follow up correspondence to Subin Associates requesting a current status of the debtor's medical malpractice action.

3/26/13 The Trustee sent further follow-up correspondence to Subin Associates requesting a current statue of the debtor's medical malpractice action.

4/25/13 The Trustee sent further follow-up correspondence to Subin Associates requesting a current status of the debtor's medical malpractice action.

07/01/13- Pursuant to correspondence from the personal injury attorney, the Plaintiff's Response to 3101(d) Demand has been served.

8/29/13 The Trustee sent correspondence to Subin Associates requesting a current status of the debtor's medical malpractice action.

11/6/13 The Trustee sent correspondence to Subin Associates requesting a current status of the debtor's medical malpractice action.

01/10/14- The Trustee sent correspondence to Subin Associates requesting a current status of the action and reminding them pursuant to the retention order, the

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 111-44632  
**Case Name:** STALLONE, ALBERTA  

**Period Ending:** 02/27/17

**Trustee:** (521290) RICHARD J. McCORD  
**Filed (f) or Converted (c):** 05/28/11 (f)  
**§341(a) Meeting Date:** 07/07/11  
**Claims Bar Date:** 10/11/11  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

Trustee is to receive a current status every 90 days.

02/27/2014- Pursuant to correspondence from the medical malpractice counsel, the case is on the calendar for trial in Supreme Court, Richmond County. They are dealing with a few open discovery issues, but otherwise discovery is complete. They are next scheduled to see the Court on April 14th for the possibility for trial. There have been no settlement offers or discussions to date. They are in the process of obtaining and reviewing pre-surgery films and they do not believe they will even discuss this case until they have those films reviewed by their expert.

6/2/14 The Trustee sent correspondence to Subin Associates requesting a current status of the debtor's medical malpractice action.

06/12/14- Pursuant to correspondence from Gene Chertock, Esq., all discovery has been completed and the case is scheduled for trial on July 14, 2014. No offers have been made to settle. Motions are pending concerning evidentiary trial issues.

8/7/14 The Trustee sent correspondence to Subin Associates requesting a current status of the debtor's medical malpractice action.

10/1/14 The Trustee sent correspondence to Subin Associates requesting a current status of the debtor's medical malpractice action.

11/5/2014- Pursuant to email correspondence from Subin Associates, the jury trial date was postponed. It is currently scheduled for jury selection the first week of January.

01/14/2015- Email correspondence sent to Gene Chertock, Esq. of Subin Associates requesting a status of the pending medical malpractice action.

01/15/2015- The Trustee has been advised that there is a settlement offer in the amount of $35,000.00. The Trustee has requested an explanation as to why the settlement offer should be accepted.

2/6/15 The Trustee has sent a follow up email requesting an explanation as to why the settlement offer should be accepted.

03/20/2015- The Debtor filed an amendment to her petition to include the personal injury exemption in the amount of $7,500.00. Follow up email sent to Subin Associates requesting why settlement offer should be accepted.

04/01/2015- The Trustee has received an explanation from counsel advising that the offer should be accepted as the liability is very tenuous. the doctor who is our expert opined that the fracture should have been diagnosed but could not say that with 100% certainty. The medical fact is that stress fractures are sometimes not diagnosable until quite some time has passed. The second reason is that given Plaintiff's age and the venue of the action, even with a liability determination in her favor, $35,000.00 would be a very fair settlement number. Based upon same, the Trustee has accepted the offer. The Trustee has sent correspondence to Subin Associates advising of same and providing sample affirmations for the motions to approve. Upon receipt, the Trustee will file the appropriate motions with the Court.

5/6/15 The Trustee has sent correspondence to Subin Associates advising the Trustee will be accepting the $35,000.00 personal injury settlement and requesting the conformed affirmations for the motions to approve. Upon receipt, the Trustee will file the appropriate motions with the Court.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 111-44632  
**Case Name:** STALLONE, ALBERTA  
**Period Ending:** 02/27/17

**Trustee:** (521290) RICHARD J. McCORD  
**Filed (f) or Converted (c):** 05/28/11 (f)  
**§341(a) Meeting Date:** 07/07/11  
**Claims Bar Date:** 10/11/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

5/6/15 The Trustee received an email from Subin Associates advising they are still awaiting Medicare approval.

06/09/15- Email sent to medical malpractice counsel requesting status of affirmations.

06/09/2015- Pursuant to email correspondence from counsel, they are still awaiting the position of Medicare.

08/03/2015- Email sent to Lee Huttner, Esq. requesting status of affirmations for the motions to approve.

08/03/2015- Pursuant to email correspondence from Lee Huttner, they are still awaiting the information from Medicare.

09/14/2015- Email correspondence sent to Lee Huttner requesting a status and he advised that they are still waiting for the Medicare paperwork.

10/7/15 Email correspondence sent to Lee Huttner requesting a status and when will the Trustee be receiving the completed affirmations?

10/7/15 Email correspondence received from Lee Huttner, Esq., advising they are still waiting for Medicare final letter.

11/30/15 Email correspondence sent to Lee Huttner requesting a status and when will the Trustee be receiving the completed affirmations?

11/30/15 Email correspondence received from Lee Huttner, Esq., advising they are still dealing with Medicare charges.

12/11/15 Email correspondence received from Lee Huttner, Esq., advising he has been advised by Medicare that there is no lien and that he will be sending the affirmations shortly.

12/16/2015- The Trustee has received the affirmations for the motions to approve. The Trustee has prepared and filed the Notice of Motion and Affirmation in Support for an Order (i) approving settlement of the debtor's medical malpractice action in the amount of $35,000.00; (ii) Authorizing the Trustee to Disburse the Debtor's claimed exemption in the amount of $7,500.00 and the Motion to Approve Attorneys Fees and Expenses to medical malpractice counsel. Objections are to be filed by January 21, 2016 and the hearing is scheduled for January 28, 2016 at 11:30 a.m.

02/02/2016- The motion was approved and the Trusee is awaiting the orders to be entered.

02/08/2016- The Order (I) Approving Settlement of the Debtor's Medical Malpractice Action in the Amount of $35,000.00; and (ii) Authorizing the Trustee to Disburse the Debtor's Claimed Exemption in the Amount of $7,500.00 and the Order Approving Attorneys Fees and Reimbursement of Expenses were signed on February 7, 2016. The Trustee has sent correspondence to Lee Huttner, Esq. enclosing the Orders and requesting the General Releases for the Trustee's signature.

02/25/2016- Email to Lee Huttner, Esq. requesting status of releases.

02/25/2016- Counsel has advised that they are awaiting the releases frm defendants counsel.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 111-44632 | **Trustee:** (521290) RICHARD J. McCORD |
| **Case Name:** STALLONE, ALBERTA | **Filed (f) or Converted (c):** 05/28/11 (f) |
| | **§341(a) Meeting Date:** 07/07/11 |
| **Period Ending:** 02/27/17 | **Claims Bar Date:** 10/11/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

03/10/2016- Email sent to Lee Huttner requesting status of releases. Counsel responded and advised that they are still awaiting defendants counsel to forward the revised releases naming the Trustee as the plaintiff.

03/29/2016- The Trustee has executed the general release and forwarded same to counsel.

05/04/2016- Email sent to counsel requesting a status of the settlement funds.

05/05/2016- Pursuant to email correspondence from Lee Huttner, Esq., they should be receiving the check by May 10, 2016.

06/14/2016- Email to Lee Huttner, Esq. requesting status of the settlment funds.

06/15/2016- Pursuant to email correspondence from Lee Huttner, Esq., they have been informed by defense counsel who intiially stated that the carrier requested a Medicare letter, but now they will not require it. Counsel has been informed that the check should be sent out in 1-2 weeks.

07/22/2016- Email to Lee Huttner, Esq. requesting status of settlement funds.

08/04/2016- Email sent to Lee Huttner requesting status of funds.

08/05/2016- The Trustee has been advised that the funds are being sent out via federal express.

08/08/2016- The Trustee has received the settlement funds in the amount of $35,000.00. Upon the funds clearing, the Trustee will disburse the attorneys fees and expenses and the debtors claimed exemption pursuant to court order.

08/22/2016- The Trustee has disbursed the debtors exemption pursuant to Court Order and payment of the personal injury attonreys fees and expenses pursuant to Court Order. Once the checks are cashed, the Trustee will file the final report.

09/09/2016- The request for Clerk Fees was filed with the Court.

09/28/16- The Trustee has prepared and filed the Final Report with the Office of the United States Trustee.

10/12/2016- The final report was approved by the Office of the United States Trustee and the final hearing is scheduled for Novemebr 17, 2016 at 11:00 a.m.

12/08/2016- There were no objections to the final report and on November 22, 2016, the Order Approving the Trustee's Final Report and Granting Applications for Final Allowance of Compensation and Reimbursement of Professionals was entered. As the Order has now become final and non-appealable, the Trustee has disbursed the funds to the creditors. Upon reciept of a zero bank balance, the Trustee will file the Affidavit of Final Distribution.

Exhibit 8

Page: 6

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 111-44632  
**Case Name:** STALLONE, ALBERTA

**Period Ending:** 02/27/17

**Trustee:** (521290) RICHARD J. McCORD  
**Filed (f) or Converted (c):** 05/28/11 (f)  
**§341(a) Meeting Date:** 07/07/11  
**Claims Bar Date:** 10/11/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** May 28, 2013     **Current Projected Date Of Final Report (TFR):** September 28, 2016 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 111-44632  
**Case Name:** STALLONE, ALBERTA  

**Taxpayer ID #:** **-***3324  
**Period Ending:** 02/27/17  

**Trustee:** RICHARD J. McCORD (521290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8766 - Checking Account  
**Blanket Bond:** $44,643,604.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/08/16 | {9} | Beazely USA Services, Inc. | Funds from the settlement of the debtor's personal injury action | 1142-000 | 35,000.00 | | 35,000.00 |
| 08/22/16 | 101 | Subin Associates, LLP | Payment of Fees to Medical Malpractice Counsel Pursuant to Court Order dated February 7, 2016 | 3210-600 | | 9,351.02 | 25,648.98 |
| 08/22/16 | 102 | Subin Associates, LLP | Payment of Expenses to Medical Malpractice Counsel Pursuant to Court Order dated February 7, 2016 | 3220-610 | | 3,829.93 | 21,819.05 |
| 08/22/16 | 103 | Alberta Stallone | Payment of Debtor's Exemption Pursuant to Court Order dated February 7, 2016 | 8100-002 | | 7,500.00 | 14,319.05 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.81 | 14,282.24 |
| 12/08/16 | 104 | RICHARD J. McCORD | Payment of Trustee's Expenses Pursuant to Court Order dated November 22, 2016 | 2200-000 | | 343.50 | 13,938.74 |
| 12/08/16 | 105 | RICHARD J. McCORD | Payment of Trustee's Commissions Pursuant to Court Order dated November 22, 2016 | 2100-000 | | 3,500.00 | 10,438.74 |
| 12/08/16 | 106 | Discover Bank | Dividend paid 14.90% on $3,161.02; Claim# 1; Filed: $3,161.02; | 7100-000 | | 471.20 | 9,967.54 |
| 12/08/16 | 107 | Discover Bank | Dividend paid 14.90% on $3,635.61; Claim# 2; Filed: $3,635.61; | 7100-000 | | 541.94 | 9,425.60 |
| 12/08/16 | 108 | Capital One Bank (USA), N.A. | Dividend paid 14.90% on $2,210.94; Claim# 3; Filed: $2,210.94; | 7100-000 | | 329.57 | 9,096.03 |
| 12/08/16 | 109 | CANDICA LLC | Dividend paid 14.90% on $403.05; Claim# 4; Filed: $403.05; | 7100-000 | | 60.08 | 9,035.95 |
| 12/08/16 | 110 | Chase Bank USA, N.A. | Dividend paid 14.90% on $3,469.81; Claim# 5; Filed: $3,469.81; | 7100-000 | | 517.22 | 8,518.73 |
| 12/08/16 | 111 | Chase Bank USA, N.A. | Dividend paid 14.90% on $7,323.05; Claim# 6; Filed: $7,323.05; | 7100-000 | | 1,091.60 | 7,427.13 |
| 12/08/16 | 112 | Chase Bank USA, N.A. | Dividend paid 14.90% on $3,400.93; Claim# 7; Filed: $3,400.93; | 7100-000 | | 506.96 | 6,920.17 |
| 12/08/16 | 113 | Midland Funding LLC | Dividend paid 14.90% on $11,524.37; Claim# 8; Filed: $11,524.37; | 7100-000 | | 1,717.87 | 5,202.30 |
| 12/08/16 | 114 | PYOD LLC its successors and assigns as assignee of | Dividend paid 14.90% on $14,179.85; Claim# 9; Filed: $14,179.85; | 7100-000 | | 2,113.71 | 3,088.59 |
| 12/08/16 | 115 | US BANK N.A. | Dividend paid 14.90% on $20,719.91; Claim# 10; Filed: $20,719.91; | 7100-000 | | 3,088.59 | 0.00 |

Subtotals :    $35,000.00    $35,000.00

{} Asset reference(s)                                      Printed: 02/27/2017 03:22 PM    V.13.30

# Form 2
## Cash Receipts And Disbursements Record

| **Case Number:** | 111-44632 | | **Trustee:** | RICHARD J. McCORD (521290) |
|---|---|---|---|---|
| **Case Name:** | STALLONE, ALBERTA | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******8766 - Checking Account |
| **Taxpayer ID #:** | **-***3324 | | **Blanket Bond:** | $44,643,604.00  (per case limit) |
| **Period Ending:** | 02/27/17 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **35,000.00** | **35,000.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **35,000.00** | **35,000.00** | |
| | | | Less: Payments to Debtors | | | 7,500.00 | |
| | | | **NET Receipts / Disbursements** | | **$35,000.00** | **$27,500.00** | |

| **TOTAL - ALL ACCOUNTS** | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******8766** | 35,000.00 | 27,500.00 | 0.00 |
| | $35,000.00 | $27,500.00 | $0.00 |

{} Asset reference(s)                                                                                     Printed: 02/27/2017 03:22 PM    V.13.30