| Information to identify the case: | |
|---|---|
| Debtor 1 **Alberta Stallone** | Social Security number or ITIN **xxx–xx–7944** |
| First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Social Security number or ITIN _ _ _ _ |
| First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Eastern District of New York 271–C Cadman Plaza East, Suite 1595 Brooklyn, NY 11201–1800 | |
| Case number:   **1–11–44632–nhl** | Chapter:   **7** |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- Richard J. McCord (Trustee) is discharged as trustee of the estate of the above−named debtor(s).
- The Chapter 7 case of the above−named debtor(s) is closed.

s/ Nancy Hershey Lord<br>United States Bankruptcy Judge

Dated: March 17, 2017

**BLfnld7** [Final Decree 7 rev 12/01/15]