# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: adobson | Date Created: 3/17/2017 |
| Case: 1−11−44632−nhl | Form ID: 205 | Total: 5 |

**Recipients of Notice of Electronic Filing:**
tr       Richard J. McCord       rmccord@cbah.com
aty     Kevin B Zazzera        kzazz007@yahoo.com
aty     Richard J. McCord       rmccord@cbah.com

                              TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Alberta Stallone      69 Drake Avenue      Staten Island, NY 10314
smg    Office of the United States Trustee      Eastern District of NY (Brooklyn Office)      U.S. Federal Office Building      201 Varick Street, Suite 1006      New York, NY 10014

                              TOTAL: 2